# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Betty J. Campbell,  Civil No. 08-978 (RHK/JJK)

    Plaintiff,  **ORDER**

v.

Continental Airlines, Inc., a Delaware Corporation; and Malcolm Bernard Serfontein;

    Defendants.

---

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Jeffrey J. Keyes dated October 19, 2009. No objections have been filed to that Report and Recommendation in the time period permitted. Based upon the Report and Recommendation of the Magistrate Judge, upon all of the files, records, and proceedings herein, the Court now makes and enters the following Order.

**IT IS HEREBY ORDERED** that:

1. The Report and Recommendation (Doc. No. 60) is **ADOPTED**;

2. Defendants' Motion to Exclude Plaintiff's Untimely Disclosed Expert Opinions (Doc. No. 35), is **DENIED**;

3. Plaintiff's Motion for Trial Date Continuance (Doc. No. 51), is **GRANTED**; and

4. The June 2, 2008 Pretrial Scheduling Order (Doc. No. 14), as amended by the February 6, 2009 Order (Doc. No. 20), is further amended as follows:

    a. All supplemental Rule 35 medical examinations shall be completed and the report of the examining physician served on the opposing party by January 1, 2010;

    b. Any supplemental reports prepared and signed by Plaintiff's identified testifying experts shall be disclosed on or before December 1, 2009;

    c. Any supplemental reports prepared and signed by Defendants' identified testifying experts shall be disclosed on or before January 1, 2010;

    d. Any rebuttal reports by Plaintiff to the supplemental reports must be disclosed on or before January 22, 2010; and

    e. This case shall be ready for trial as of May 1, 2010.

December 2, 2009

                                s/Richard H. Kyle
                                RICHARD H. KYLE
                                United States District Judge