# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Betty J. Campbell,            Civil No. 08-978 (RHK/JJK)

    Plaintiff,                 **ORDER**

v.

Continental Airlines, Inc., et al.,

    Defendants.

---

Based upon the parties' Stipulation of Dismissal with Prejudice (Doc. No. 71), **IT IS ORDERED** that this action is **DISMISSED WITH PREJUDICE** on the merits and without costs to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY**.

Dated: June 11, 2010

                                       s/Richard H. Kyle
                                       RICHARD H. KYLE
                                       United States District Judge